**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SAMI 2004-AR5, BANK OF NEW YORK,**
as successor interest to Chase Bank, N.A.
as Trustee,

    Plaintiff,

v.                                                                              Case No.  8:07-cv-1853-T-30TBM

**JOHN A. YANCHEK, et al.,**

    Defendants.
_____/

## ORDER

    THIS CAUSE comes before the Court upon Plaintiff's Motion for Remand (Dkt. #5). The Court, having considered the motion, and being otherwise advised in the premises, concludes that Plaintiff's Motion should be granted.

    On October 11, 2007, a *pro se* Notice of Removal was filed by a non-party, Sarah K. Lovejoy ("Lovejoy") relating to a mortgage foreclosure action filed in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida (the "state court action"). On July 12, 2007, a Summary Final Judgment was entered in the state court action against Defendants, and a Notice of Sale was issued on August 7, 2007.

    In the Notice of Removal filed herein, Lovejoy does not provide any legal authority in support of removal. Lovejoy is not a party to the state court action. Further, none of the named defendants in the state court action have consented to removal. The Notice of Removal fails to establish federal subject matter jurisdiction or comply with federal

procedural rules. Accordingly, the Court finds that the Notice of Removal is improper and this case should be remanded.

The Court is authorized to award Plaintiff attorney's fees and costs for Lovejoy's improper removal. See 28 U.S.C. §1447(c); Liebig v. DeJoy, 814 F.Supp.1074 (M.D. Fla. 1993) (awarding fees for improper notice of removal failing to demonstrate subject matter jurisdiction). The Court concludes that Plaintiff is entitled to attorney's fees and costs in the amount of $1,000.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Remand (Dkt. #5) is **GRANTED**.

2. The Clerk is directed to **TRANSFER** this case to the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida.

3. The Clerk is directed to enter a **JUDGMENT FOR ATTORNEY'S FEES** in the amount of **$1,000.00** against Non-party, Sarah K. Lovejoy, and in favor of Plaintiff, SAMI 2004-AR5, Bank of New York As Successor In Interest to Chase Bank, N.A. As Trustee.

4. The Clerk is directed to **CLOSE** this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on December 17, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1853 mt remand 5.frm